UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILBERT J. JOHN (#354835), ET AL.

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

16-486-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 25, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims asserted against unidentified medical and administrative personnel are hereby dismissed.

**IT IS FURTHER ORDERED** that the *Motions to Dismiss*[3] of the remaining Defendants, Burl Cain, Darryl Vannoy, Stephanie Lamartiniere, James LeBlanc, Dr. Paul Toce, Dr. (or Nurse) Cindy Parks Dr. Hal MacMurdo, and Dr. Randy Lavespere are granted, dismissing Plaintiffs' claims asserted herein with prejudice and this action is hereby dismissed.

Baton Rouge, Louisiana the 19 day of October, 2017.

*Shelly D. Dick*
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 19.
[3] Rec. Docs. 13 and 18.